JOHN S. SHEPPARD and Others, as Receivers of BRADLEY CONTRACTING COMPANY, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment

affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith, J. dissenting.